Jim Bell, 26906-086
US Penitentiary, Tucson
PO Box 24550
Tucson  AZ  85734
November 21, 2007

Chief District Judge McCuskey
US Courthouse
201 S. Vine St., Room 218
Urbana IL  61801

cc:  John Waters, District Clerk
     151 Federal Bldg.
     600 E. Monroe
     Springfield, IL  62701

cc:  Holly Kallister, Deputy in charge
     309 Federal Bldg
     100 N.E. Monroe St.
     Peoria  IL  61602

cc:  Denise Koester, Deputy in charge
     Federal Building
     211 19th St., Room 40
     Rock Island IL  61201

FILED
FEB 1 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

08-2042

Dear Judge Holderman:

I am enclosing a filing, styled as a habeas corpus for each federal prisoner originating in or held in your district, which will have some side-effects which will require each district judge and magistrate in your district to dramatically change his practices. The filing challenges the general criminal jurisdiction of each federal judge, incl

magistrates and appeals judges, over every federal criminal case.

This filing, merely by its arrival in your court, constructively informs your court and each judge that he must raise the subject of this challenge, sua sponte, as a habeas and/or F.R.Civ.P. 60(b)(4) in EACH pending and past criminal case: He must allow each defendant and ex-defendant to research, brief, and argue this matter, and then the judge must come to a decision.

The clerks of your court must ACTUALLY inform each judge (and magistrate) of the subject of this challenge: They must make copies of the enclosed habeas, and deliver them to each judge, and each magistrate, in your district.

Since they have been constructively informed of this jurisdictional problem, failure of any judge to raise and consider this issue, sua sponte, in each pending and past case would amount to an expression of bias and of an intent to violate the law, under 28 U.S.C. 455 and 28 U.S.C. 144. It would amount to "Judicial Misconduct" actionable under 28 U.S.C. 351/352, and will be treated as such.

Please inform each judge, and each magistrate, in your district of this habeas, and promptly tell me of your progress in doing so, and the actions of each judge in accomplishing these challenges.

Thank you,

*Jim Bell*

Jim Bell