UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

_____

| | | |
|---|---|---|
| **JAMES DALTON BELL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 08-CV-2042 |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On February 11, 2008, this court received a document entitled Habeas Corpus under 28 U.S.C. 2241 for All Pending and Past Criminal Cases and Prisoners (#1) from Petitioner, James Dalton Bell. However, Petitioner did not pay the $5.00 filing fee or send a Motion to Proceed in Forma Pauperis with the required trust fund ledgers. This court cannot proceed on the Petition until the filing fee is paid or a Motion to Proceed in Forma Pauperis is filed.

IT IS THEREFORE ORDERED THAT Petitioner is allowed thirty (30) days to pay the $5.00 filing fee or file a Motion to Proceed in Forma Pauperis with the required trust fund ledgers.

ENTERED this 12th day of February, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE