E-FILED
Tuesday, 26 February, 2008  11:31:57 AM
Clerk, U.S. District Court, ILCD

Jim Bell, 26906-086

USP Tucson, PO Box 24550

Tucson AZ   85734

February 15, 2008

United States District Court

Central District of Illinois

Office of Clerk

201 S.Vine St., Room 218

Urbana IL   61802-3348

Re:   Case 08-cv-2042

FILED

FEB 2 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Sirs:

I have received your Order of Feb 12, 2008, in response to my Petition for a Writ of habeas corpus under 28 U.S.C. 2241.  You asked me to pay the $5.00 filing fee, or send a motion to proceed in forma pauperis.

However, I have money on my account at USP Tucson, and I do not need or want to proceed "IFP".  However, until about 4 days ago my prison counselor, "Macias", failed and refused to pay habeas filing fees out of my account.  Now, I have a new prison counselor, "Whitfield", who may be more cooperative.  I will ask her to pay the docket fee.  But, I also request  you contact Counselor Whitfield at USP Tucson with this information to speed the process.

Please note that I am filing this petition ON BEHALF OF OTHERS, NOT based on my own detention, which is IRRELEVANT to the instant habeas.  It is intended to be a class action habeas, under F.R.Civ.P. 23.  I have directed it to a specific federal judge:  The Chief Judge of your Federal judicial district.

Please also note that from the moment that this habeas arrived at your court, EACH federal judge in your district became constructively aware of the challenge to his criminal jurisdiction, and EACH federal judge became obliged to raise this challenge, sua sponte, in EACH pending and past criminal case as a F.R.Civ.P. 60(b)(4) motion and/or 28 U.S.C. 2241 habeas action.

Have your judges done this?  If not, they're late!

Sincerely,

Jim Bell