## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JAMES DALTON BELL**

vs.                                                            Case Number:   **08-2042**

**UNITED STATES OF AMERICA**
**DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**UNITES STATES ATTORNEY GENERAL**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this case is terminated due to the petitioner, James Dalton Bell, not paying the filing fee of $5.00, nor filing a Motion to Proceed In Forma Pauperis as Ordered by this Court on February 12, 2008.

ENTER this 13th day of March, 2008

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK